UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MY DAILY CHOICE, INC., | Case No.: 2:20-cv-00809-APG-DJA |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 32] |
| SHANNA LEE HUNTER and SUMMER GIAQUINTA, | |
| Defendants | |

In light of the parties' notice of settlement (ECF No. 38),

I ORDER that the defendants' motion to dismiss **(ECF No. 32) is DENIED as moot.**

DATED this 11th day of December, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE