# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MY DAILY CHOICE, INC., | Case No.: 2:20-cv-00809-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| SHANNA LEE HUNTER and SUMMER GIAQUINTA, | |
| Defendants | |

On December 20, 2020, the parties informed the court they had reached a settlement in this matter and requested 45 days to file a stipulation to dismiss. ECF No. 38. More than 45 days have passed but the parties have not filed a stipulation of dismissal.

I THEREFORE ORDER that by March 19, 2021, the parties shall file either a stipulation of dismissal or a status report.

DATED this 3rd day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE