GARMAN TURNER GORDON LLP
ERIKA PIKE TURNER
Nevada Bar No. 6454
Email: eturner@gtg.legal
JARED M. SECHRIST
Nevada Bar No. 10439
Email: jsechrist@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

*Attorneys for Plaintiff, My Daily Choice, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MY DAILY CHOICE, INC., a Nevada corporation;<br><br>Plaintiff,<br><br>v.<br><br>SHANNA LEE HUNTER; GIAQUINTA SUMMER; and DOES 1 through 20, and ROE ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No. 2:20-CV-00809-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

The parties to the above-referenced case, Plaintiff My Daily Choice, Inc., a Nevada corporation by and through counsel, Erika Pike Turner, Esq. and Jared M. Sechrist, Esq. of Garman Turner Gordon, LLP, and ("MDC") and Defendants Shanna Lee Hunter ("Hunter") and Summer Giaquinta ("Giaquinta") (collectively, "Defendants"), by and through Nannina L. Angioni, Esq. of Kaedian LLP and Michael D. Mortenson, Esq. of Mortenson Taggart LLP, hereby stipulate and agree that they have settled and resolved the case pursuant to the terms of the settlement agreement. The case should therefore be dismissed, with prejudice.

/ / /

/ / /

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 22nd day of March 2021. | Dated this 22nd day of March 2021. |
| GARMAN TURNER GORDON LLP | KAEDIAN LLP |
| By: /s/ Jared M. Sechrist<br>ERIKA PIKE TURNER<br>Nevada Bar No. 6454<br>JARED M. SECHRIST<br>Nevada Bar No. 10439<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for Plaintiff,*<br>*My Daily Choice, Inc.* | By: /s/ Michael D. Mortenson<br>NANNINA L. ANGIONI<br>Nevada Bar No. 11041<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 706-7571<br>Fax: (310) 893-3191<br><br>And<br><br>MICHAEL D. MORTENSON<br>MORTENSON TAGGART LLP<br>300 Spectrum Center Dr., Suite 1100<br>Irvine, CA 92618<br>*Attorneys for Defendants Shanna Lee Hunter*<br>*and Summer Giaquinta* |

### ORDER

IT IS HEREBY ORDERED that the above-referenced case is DISMISSED, with prejudice.

Dated this __22nd__ day of __March__, 2021.

_____
The Honorable Andrew P. Gordon
United States District Judge

Prepared and Submitted by:

GARMAN TURNER GORDON LLP

/s/ Jared M. Sechrist
ERIKA PIKE TURNER
NEVADA BAR NO. 6454
JARED M. SECHRIST
NEVADA BAR NO. 10439
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Plaintiff, My Daily Choice, Inc.*

# CERTIFICATE OF SERVICE

The undersigned, an employee of Garman Turner Gordon LLP, hereby certifies that on the 22nd day of March 2021, she caused a copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, to be served electronically to all parties of interest through the Court's CM/ECF system as follows:

Nannina L. Angioni
KAEDIAN LLP
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
nangioni@kaedianllp.com

and

Michael D. Mortenson
MORTENSON TAGGART LLP
300 Spectrum Center Dr., Suite 1100
Irvine, CA 92618
mmortenson@mortensontaggart.com

*Attorneys for Defendants Shanna Lee Hunter and Summer Giaquinta*

/s/ Tonya Binns
An employee of
GARMAN TURNER GORDON LLP